

In The

# Court of Appeals
## Seventh District of Texas at Amarillo

_____

No. 07-19-00381-CV
_____

BRENDA MCDONALD, APPELLANT

V.

M.J. CRAIG & ASSOCIATES, APPELLEE

On Appeal from the County Court at Law Number 1
Bell County, Texas
Trial Court No. 89,572; Honorable Jeanne Parker, Presiding

February 19, 2020

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant, Brenda McDonald, proceeding *pro se*, appeals from a judgment of eviction in favor of Appellee, M.J. Craig & Associates.[1]  The judgment at issue was entered by the County Court at Law Number 1, Bell County, Texas, following the appeal

_____

[1] Originally appealed to the Third Court of Appeals, this case was transferred to this court by the Texas Supreme Court pursuant to its docket equalization efforts.  TEX. GOV'T CODE ANN. § 73.001 (West 2013).

of an *Eviction Judgment* entered in the Justice Court, Precinct 4, Place 2.  McDonald's brief was originally due January 22, 2020.  By letter of January 29, 2020,[2] this court granted, *sua sponte*, McDonald an extension until February 10 to file a brief.  The court notified McDonald that if she did not file a brief by this deadline, the appeal would be dismissed for want of prosecution without further notice.  TEX. R. APP. P. 38.8(a)(1) (allowing an appellate court to dismiss an appeal for want of prosecution if the appellant fails to timely file a brief and does not reasonably explain the failure).  The brief remains outstanding and McDonald has had no further communication with this court.

Consequently, this appeal is dismissed for want of prosecution.  TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam

---

[2] McDonald did not provide this court with a mailing address.  The letter was, therefore, sent to the mailing address she provided to the trial court.  *See* TEX. R. APP. P. 9.1(b) (requiring unrepresented parties to provide an appellate court with a mailing address, telephone number, and email address).  The letter was returned to this court undelivered.